# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

GENIE INVESTMENTS NV INC.,                    Case No.: 3:24-bk-00496-BAJ

    Debtor.                                           Chapter 7
_____/

AARON R. COHEN, Chapter 7 Trustee,

    Plaintiff,                                        Adversary No. 3:25-ap-00007-BAJ

v.

VELANOS PRINCIPAL CAPITAL, INC.,

    Defendant.
_____/

## MOTION FOR ENTRY OF DEFAULT BY CLERK

Plaintiff, Aaron R. Cohen, as Chapter 7 Trustee (the "Plaintiff" or "Trustee"), by and through undersigned counsel and pursuant to Federal Rule of Bankruptcy Procedure 7055 and Local Rule 7055-2, Local Rules for the United States Bankruptcy Court, Middle District of Florida, moves for entry of a default against Defendant, Velanos Principal Capital, Inc. ("Velanos"), for failure to timely file a responsive pleading as required by law, and as grounds therefore states:

    1.    The Trustee filed his Complaint for Confirmation of Arbitration Award (the "Complaint") on January 10, 2025.

    2.    A Summons was issued by the Clerk on January 13, 2025.

    3.    A copy of the Complaint and Local Rule 7001-1 together with the Summons were served on January 21, 2025, by U.S. mail to Velanos Attn. Joshua Wearmouth, its Chief Executive

Officer, 20101 SW Cypress Street, Newport Beach, CA 92660 and to Velanos at 4695 MacArthur Court, Suite 1100, Newport Beach, CA 92660.

4. Timely service was duly effectuated in compliance with the Federal Rules of Bankruptcy Procedure.

5. Velanos has failed to submit a responsive pleading to the Complaint within the time period prescribed by law.

6. No extension of time for serving such a pleading has been sought or obtained by Velanos.

7. Rule 7055, Federal Rules of Bankruptcy Procedure, states that Rule 55, Federal Rules of Civil Procedure, applies to defaults and entries of default.  Rule 55, Federal Rules of Civil Procedure, in turn, states that a default may be entered when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that fact is made to appear by affidavit or otherwise.  Upon such showing, the clerk of the court is authorized to enter a default.

WHEREFORE, Plaintiff, Aaron R. Cohen, Chapter 7 Trustee, moves for entry of default against Defendant, Velanos Principal Capital, Inc., and for any other relief this Court deems just and equitable.

Dated:  February 18, 2025

AKERMAN LLP

By: */s/ Raye C. Elliott*
    Raye  C. Elliott, Esq.
    Florida Bar Number: 018732
    Email: raye.elliott@akerman.com
    401 East Jackson Street, Suite 1700
    Tampa, FL 33602
    Phone:  (813) 223-7333
    Fax:  (813) 223-2837

Attorneys for Aaron R. Cohen, Chapter 7 Trustee


## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by United States mail, postage prepaid and properly addressed, on February 18, 2025, to:

| | |
|---|---|
| Velanos Principal Capital, Inc.<br>Attn. Joshua Wearmouth, its Chief Executive Officer<br>20101 SW Cypress Street<br>Newport Beach, CA 92660 | Velanos Principal Capital, Inc.<br>4695 MacArthur Court, Suite 1100<br>Newport Beach, CA 92660 |

and by email to:

jwearmouth@velanospc.com
josh.wearmouth@protonmail.com

                        */s/ Raye C. Elliott*
                        Attorney

80024685;1