**[Dclkdfta]** [ENTRY OF DEFAULT]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 3:24–bk–00496–BAJ |
| | Chapter 7 |
| Genie Investments NV Inc. | |
| _____Debtor*_____/ | |
| Aaron R. Cohen, Chapter 7 Trustee | |
| Plaintiff* | |
| vs. | Adv. Pro. No. 3:25–ap–00007–BAJ |
| Velanos Principal Capital, Inc. | |
| _____Defendant*_____/ | |

### ENTRY OF DEFAULT

It appears from the record that Defendant Velanos Principal Capital, Inc. failed to plead or otherwise defend in this cause as required by law and therefore default is entered against the Defendant as authorized by Fed. R. of Bankr. P. 7055.

|  |  |
|---|---|
|  | FOR THE COURT |
| Dated: February 19, 2025 | Jose A Rodriguez , Clerk of Court |
|  | Bryan Simpson United States Courthouse |
|  | 300 North Hogan Street |
|  | Suite 3–150 |
|  | Jacksonville, FL 32202 |
|  | By: C. Perkins |
|  | Deputy Clerk |

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.

Clerk's Office to Serve