United States Bankruptcy Court
Middle District of Florida

Cohen, Chapter 7 Trustee,
    Plaintiff

Velanos Principal Capital, Inc.,
    Defendant

Adv. Proc. No. 25-00007-BAJ

# CERTIFICATE OF NOTICE

District/off: 113A-3     User: admin     Page 1 of 1
Date Rcvd: Feb 19, 2025     Form ID: Dclkdfta     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Aaron R. Cohen, Chapter 7 Trustee, c/o Raye C. Elliott, Esq., Akerman LLP, 401 East Jackson Street, Suite 1700, Tampa, FL 33602-5250 |
| dft | | Velanos Principal Capital, Inc., 120 Adelaide Street West, Suite 2500, Toronto, ON M5H 1T1, CANADA |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Feb 19 2025 22:58:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Raye Curry Elliott | on behalf of Plaintiff Aaron R. Cohen  Chapter 7 Trustee raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com |

TOTAL: 1

**[Dclkdfta]** [ENTRY OF DEFAULT]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                           Case No. 3:24−bk−00496−BAJ
                                                 Chapter 7

Genie Investments NV Inc.

_____Debtor*_____/

Aaron R. Cohen, Chapter 7 Trustee


        Plaintiff*

vs.                                              Adv. Pro. No. 3:25−ap−00007−BAJ

Velanos Principal Capital, Inc.


_____Defendant*_____/

## ENTRY OF DEFAULT

It appears from the record that Defendant Velanos Principal Capital, Inc. failed to plead or otherwise defend in this cause as required by law and therefore default is entered against the Defendant as authorized by Fed. R. of Bankr. P. 7055.

                                                 FOR THE COURT
Dated: February 19, 2025                         Jose A Rodriguez , Clerk of Court
                                                 Bryan Simpson United States Courthouse
                                                 300 North Hogan Street
                                                 Suite 3−150
                                                 Jacksonville, FL 32202
                                                 By: C. Perkins
                                                 Deputy Clerk


*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.

Clerk's Office to Serve