**ORDERED.**

Dated: March 04, 2025

_____
Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | |
| GENIE INVESTMENTS NV INC., | Case No.: 3:24-bk-00496-BAJ |
| Debtor. | Chapter 7 |
| _____/ | |
| AARON R. COHEN, Chapter 7 Trustee, | |
| Plaintiff, | Adversary No. 3:25-ap-00007-BAJ |
| v. | |
| VELANOS PRINCIPAL CAPITAL, INC., | |
| Defendant. | |
| _____/ | |

**ORDER GRANTING MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT**

THIS PROCEEDING came before the Court upon the Motion (the "Motion") (Adv. Doc. 7) of Plaintiff, Aaron R. Cohen, Chapter 7 Trustee, for Entry of a Final Default Judgment against defendant, Velanos Principal Capital, Inc. ("Velanos").  A Default was entered by the Clerk on February 19, 2025, against Velanos for failing to serve or file any pleading or responsive motion to the Complaint for Confirmation of Arbitration Award (the "Complaint").  A Declaration was

80188744;1

attached to the Motion in support of the allegations set forth in the Complaint pursuant to Rule 7055-2 of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida. Accordingly, it is

**ORDERED:**

1. The Motion is **GRANTED**.

2. In accordance with Fed. R. Bankr. P. 9021, the Court is contemporaneously entering a separate judgment.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.