**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV INC.,                              Case No.: 3:24-bk-00496-BAJ

     Debtor.                                              Chapter 7

_____/

AARON R. COHEN, Chapter 7 Trustee,
                                                                Adversary No. 3:25-ap-00007-BAJ
     Plaintiff,

v.

VELANOS PRINCIPAL CAPITAL, INC.,

     Defendant.

_____/

## PROOF OF SERVICE

       I HEREBY CERTIFY that true and correct copies of the (i) Order Granting Motion for
Entry of Final Default Judgment (Adv. Doc. 8) and (ii) Final Judgment (Adv. Doc. 9) were served
on March 5, 2025, by United States mail, postage prepaid and properly addressed, to the following
parties:

| | |
|---|---|
| Velanos Principal Capital, Inc.<br>Attn. Joshua Wearmouth, its Chief Executive<br>Officer<br>20101 SW Cypress Street<br>Newport Beach, CA 92660 | Velanos Principal Capital, Inc.<br>4695 MacArthur Court, Suite 1100<br>Newport Beach, CA 92660 |

and by email to:

jwearmouth@velanospc.com
josh.wearmouth@protonmail.com

Dated:  March 5, 2025                              AKERMAN LLP

                                           By: */s/ Raye C. Elliott*
                                             Raye  C. Elliott, Esq.
                                             Florida Bar Number: 018732

Email: raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Phone:  (813) 223-7333
Fax:  (813) 223-2837

Attorneys for Aaron R. Cohen, Chapter 7 Trustee

80289922;1